

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In re Southcorp Realty Advisors, Inc.

Appellate case number:      01-21-00719-CV

Trial court case number:    2016-01602

Trial court:                157th District Court of Harris County

    Relator, Southcorp Realty Advisors, Inc., has filed a petition for a writ of mandamus.  The Court requests a response to the petition from the real party in interest. **The response, if any, is due to be filed with this Court no later than twenty days of the date of this order.**

    It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: ___December 28, 2021_____